UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **ROSENDO DANIEL TRISTAN** § <br> *Plaintiff,* § <br> § <br> **v.** § <br> § <br> **ALLSTATE VEHICLE AND** § <br> **PROPERTY INSURANCE COMPANY** § <br> *Defendant.* § | **CASE NO. 5:17-CV-855-DAE** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND REQUEST FOR ORDER

Plaintiff, ROSENDO DANIEL TRISTAN and Defendant ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY (collectively "the Parties"), file this Joint Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and state as follows:

### I.

1. On July 25, 2017, Plaintiff filed his Original Petition styled in the District Court of the 37th Judicial District of Bexar County, Texas, Cause No. 2017CI13519. On September 5, 2017, Defendant removed the case to the United States District Court for the Western District of Texas, San Antonio Division. (*See* Dkt. No. 1).

2. Plaintiff no longer desires to pursue this suit against Defendant, and desire to dismiss all claims in this suit with prejudice to refiling same.

3. Defendant agrees to the dismissal with prejudice.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

**II.**

6.	The Parties request the Court to enter its joint proposed Order of Dismissal With Prejudice, filed contemporaneously with this Joint Stipulation.

>	Respectfully submitted,
>
>	**VALDEZ & TREVIÑO, ATTORNEYS AT LAW**
>	Callaghan Tower
>	San Antonio, Texas 78230
>	Telephone: (210) 598-8686
>	Facsimile:  (210) 598-8797
>	*Attorneys for Defendant*
>
>	By: /s/ *Elena P. Serna*
>		**Robert E. Valdez**
>		State Bar No. 20428100
>		revaldez@valdeztrevino.com
>		**Elena P. Serna**
>		State Bar No. 24072335
>		eserna@valdeztrevino.com
>
>	And
>
>	**GREEN & BARTON**
>	1201 Shepard Drive
>	Houston, Texas 77007
>	Telephone: 713-227-4747
>	Facsimile: 713-621-5900
>
>	/s/ *Roy Elizondo*
>	**William T. Jones, Jr.**
>	State Bar No: 24032601
>	bjones@GBTriallaw.com
>	**Roy J. Elizondo, III**
>	State Bar No. 24036519
>	relizondo@GBTriallaw.com
>	*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing instrument was filed via the Court's *ECF system* and caused to be served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on **September 6, 2018**:

Robert D. Green
Roy J. Elizondo, III
**GREEN & BARTON**
1201 Shepherd Drive
Houston, Texas 77007
*Counsel for Plaintiff*

                        */s/ Elena P. Serna*
                        **Elena P. Serna**