UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROSENDO DANIEL TRISTAN<br>*Plaintiff,*<br><br>v.<br><br>ALLSTATE VEHICLE AND<br>PROPERTY INSURANCE COMPANY<br>*Defendant.* | § § § § § § § § § | CASE NO. 5:17-CV-855-DAE |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Having reviewed the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff, Rosendo Daniel Tristan, and Defendant Allstate Vehicle and Property Insurance Company, it is hereby ORDERED that the entire case and all claims asserted therein against Defendant are hereby dismissed with prejudice to refilling same. All parties shall bear their own costs.

SIGNED this 7th day of September, 2018.

HON. DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE